Everett ROSS, Appellant,

v.

**DIRECTOR OF REVENUE,**
Respondent.

No. ED 75192.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 19, 1999.

William James O'Hern, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J. and CHARLES BLACKMAR, Sr. J.

### ORDER

PER CURIAM.

Everett Ross ("Driver") appeals from a judgment of the trial court sustaining the Director of Revenue's revocation of his driving privileges for one year pursuant to section 577.041 RSMo 1994, for refusal to submit to a chemical breath test. We affirm.

We have reviewed Driver's brief and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have provided the parties with a memorandum opinion, for their use only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 84.16(b).